UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON EARL LAVOY,

    Defendant.
_____/

Case No. 2:24-cr-12

Hon. Hala Y. Jarbou

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 25, 2024, Magistrate Judge Maarten Vermaat issued a Report and Recommendation recommending that Defendant's plea of guilty be accepted, that the Court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. (R&R, ECF No. 23.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on August 8, 2024. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

    **IT IS ORDERED** that:

1. The R&R (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

2. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

3. The written plea agreement (ECF No. 20) is hereby continued under advisement pending sentencing.

4. Defendant shall remain detained pending sentencing, now scheduled for **November 20, 2024 at 4:00 PM before the Honorable Robert J. Jonker**.

Dated: August 9, 2024                     /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE